UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION



| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | **INDICTMENT** |
| | ) | |
| v. | ) | Cause No.1:09-CR-65 |
| | ) | Violation: 18 U.S.C. § 1542 |
| HONORINA A. MARTINEZ | ) | |

**THE GRAND JURY CHARGES:**

On or about July 6, 2000, in Allen County, Fort Wayne, Indiana, in the Northern District of Indiana,

HONORINA A. MARTINEZ

defendant herein, willfully and knowingly made a false statement in an application for a passport with intent to induce and secure for her own use the issuance of a passport under the authority of the United States, contrary to the law regulating the issuance of such passports and the rules prescribed pursuant to such laws, in that in such application the defendant stated and represented she was "N.R." by using the identity of "N.R." including "N.R.'s" name and social security number which statements she knew to be false;

All in violation of 18 U.S.C. § 1542.

A TRUE BILL

/S/ Foreperson
Foreperson

DAVID CAPP
UNITED STATES ATTORNEY

/S/ Lovita Morris King
By:   Lovita Morris King
      Assistant United States Attorney
      E. Ross Adair Federal Bldg. & U.S. Courthouse
      1300 S. Harrison Street, Room 3128
      Fort Wayne, IN 46802-3489
      Telephone:  (260) 422-2595
      Facsimile:  (260) 426-1616
      E-mail Address: lovita.morris.king@usdoj.gov