UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

-FILED-
JAN 27 2020
At_____M
ROBERT N. TRGOVICH, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Cause No. 1:09-CR-65 |
| ) | |
| HONORINA A. MARTINEZ ) | |

## MOTION TO UNSEAL

The United States of America, by its attorney, Lesley J. Miller Lowery, Assistant United States Attorney for the Northern District of Indiana, moves this Honorable Court for an Order **UNSEALING** the case filed in the above-captioned cause on June 24, 2009, in order to allow the public to assist law enforcement officers in locating and arresting the defendant.

Respectfully submitted,

THOMAS L. KIRSCH II
UNITED STATES ATTORNEY

By:   */s/ Lesley J. Miller Lowery*
Lesley J. Miller Lowery
Assistant United States Attorney
E. Ross Adair Federal Building
& United States Courthouse
1300 South Harrison Street
Room 3128
Fort Wayne, IN 46802-3489
Telephone: (260) 422-2595
Facsimile:  (260) 426-1616
E-mail Address:
Lesley.millerlowery@usdoj.gov